NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| BARRY TUCKER, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D18-2763 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pasco County; Susan G. Barthle,
Judge.

Barry Tucker, pro se.


PER CURIAM.


Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); Clark v.

State, 790 So. 2d 1030 (Fla. 2001); Grant v. State, 770 So. 2d 655 (Fla. 2000); State v.

Cotton, 769 So. 2d 345 (Fla. 2000); Lowry v. Parole and Probation Com'n, 473 So. 2d

1248 (Fla. 1985); Tucker v. State, 206 So. 3d 87 (Fla. 2d DCA 2016) (table decision);

Clark v. State, 779 So. 2d 343 (Fla. 2d DCA 2000); Nelson v. State, 761 So. 2d 452

(Fla. 2d DCA 2000).


SILBERMAN, VILLANTI, and ATKINSON, JJ., Concur.